UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| MIGUEL A. FLECHA-MALDONADO,<br><br>　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Respondent. | Civil No. 05-2140 (JAF)<br><br>(Criminal No. 01-615) |

**O R D E R**

Petitioner, Miguel A. Flecha-Maldonado, requests a certificate of appealability from this court to appeal our dismissal on April 11, 2006, of his 28 U.S.C. § 2255 petition. See 28 U.S.C. § 2253(c)(2) (1996).

A certificate of appealability may be granted only upon a substantial showing of the denial of a constitutional right. 28 U.S.C. §§ 2253(c)(2) and (3) (1996). Upon reviewing the record, we find Petitioner's claim entirely insubstantial for the reasons stated in our Opinion and Order of April 11, 2006, Docket Document No. 7. Accordingly, we **DENY** Petitioner's request for a certificate of appealability, Docket Document No. 13.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 3rd day of October, 2006.

　　　　　　　　　　　　　　　　S/José Antonio Fusté
　　　　　　　　　　　　　　　　JOSE ANTONIO FUSTE
　　　　　　　　　　　　　　　　Chief U. S. District Judge